DANIEL R. MCNUTT
Nevada Bar No. 7815
MATTHEW C. WOLF
Nevada Bar No. 10801
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRISHAN LAL, KULDIP KAUR, KANCHAN PAUL, and RANJANA PAUL,<br><br>  Plaintiffs,<br><br>vs.<br><br>MARINA LONG, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | Case No. 2:15-cv-00658-JCM-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES IN THE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**First Request** |

Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB"), through the law firm Carbajal & McNutt LLP, Plaintiffs Krishan Lal, Kuldip Kaur, Kanchan Paul, and Ranjana Paul (collectively, "Plaintiffs"), through the law firm Craig P. Kenny &

STIPULATION AND ORDER - 1

Associates, Defendant Marina Long, through the law firm Kolesar & Leatham, and Plaintiff / Counter-Defendant Krishan Lal, through the Harper Law Group, hereby stipulate and agree pursuant to LR 26-4 to extend the deadlines in the May 7, 2015 Discovery Plan and Scheduling Order, ECF No. 15.

## I.   CURRENT DEADLINES.

The following are the deadlines in the current Discovery Plan and Scheduling Order:

| CURRENT DEADLINE | EVENT |
|---|---|
| 07/14/15 | Deadline to Amend the Pleadings and Add Parties |
| 08/13/15 | Deadline for Initial Expert Disclosures |
| 08/13/15 | Deadline for the Interim Status Report |
| 09/14/15 | Deadline for Rebuttal Expert Disclosures |
| 10/12/15 | Discovery Deadline |
| 11/11/15 | Deadline for Dispositive Motions |
| 12/11/15 | Deadline for the Joint Pretrial Order |

## II.   DISCOVERY CONDUCTED TO DATE.

To date, the parties have disclosed witnesses and documents under Rule 26.  CPB has served first sets of interrogatories and requests for production upon Plaintiffs.  Defendants are also in the process of obtaining Plaintiffs' medical records from their providers.

## III.   DESCRIPTION OF THE REMAINING DISCOVERY.

The Parties wish to serve additional written discovery, serve additional subpoenas duces tecum upon nonparties, depose nonparty witnesses, depose the Parties, disclose experts, and depose experts.

## IV.   REASONS FOR EXTENDING THE DEADLINES.

LR 26-4 states "[a]pplications to extend any date set by the discovery plan . . . must . . . be

supported by a showing of good cause for the extension." "Good cause" exists if, notwithstanding its diligence, a party cannot reasonably comply with the current discovery deadlines.[1]

This personal injury case arises from an automobile accident. Plaintiffs Krishan Lal and Kuldip Kaur are continuing to receive medical treatment and have been recommended for operations. They are currently deciding whether to undergo the operations. Defendants wish to hold off on conducting independent medical examinations (IMEs) and deposing these plaintiffs until after they undergo any future operations. This will allow the IME experts to examine these plaintiffs in their post-operative conditions, as well as allow Defendants to question these plaintiffs at their depositions about any post-operative complications and care. These IMEs and depositions must be conducted prior to any initial expert disclosures. For these reasons, the parties wish to extend the discovery deadlines by two months.

### IV. PROPOSED EXTENDED DEADLINES.

The Parties propose extending the following deadlines by two months:

| CURRENT DEADLINE | PROPOSED EXTENDED DEADLINE | EVENT |
| --- | --- | --- |
| 10/12/15 | 12/14/15 | Discovery Deadline |
| 07/14/15 | 09/14/15 | Deadline to Amend the Pleadings and Add Parties |
| 08/13/15 | 10/13/15 | Deadline for Initial Expert Disclosures |
| 09/14/15 | 11/13/15 | Deadline for Rebuttal Expert Disclosures |
| 08/13/15 | 10/13/15 | Deadline for the Interim Status Report |
| 11/11/15 | 12/11/15 | Deadline for Dispositive Motions |

---

[1] *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (defining "good cause" under FRCP 16(b); *see also McKellip v. Las Vegas Metro. Police Dep't*, No. 2:05CV00897-BES-GWF, 2007 WL 173857, at *2, n.2 (D. Nev. Jan. 17, 2007) (the definition of "good cause" under FRCP 16 is consistent with LR 26-4.)

STIPULATION AND ORDER - 3

| 12/11/15 | 01/11/16 | Deadline for the Joint Pretrial Order |

IT IS SO STIPULATED this 25th day of June, 2015.

| CARBAJAL & MCNUTT, LLP | KOLESAR & LEATHAM |
|---|---|
| BY: */s/ Matt Wolf*<br>DANIEL R. MCNUTT (SBN 7815)<br>MATTHEW C. WOLF (SBN 10801)<br>625 South Eighth Street<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints* and *Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints* | BY: */s/ William Schuller*<br>WILLIAM D. SCHULLER (SBN 11271)<br>RYAN S. PETERSEN, ESQ. (SBN 10715)<br>400 S. Rampart Blvd, Suite 400<br>Las Vegas, Nevada 89145<br><br>Attorneys for Defendant *Marina Long* |
| CRAIG P. KENNY & ASSOCIATES | HARPER LAW GROUP |
| BY: _____<br>LEON R. SYMANSKI (SBN 8686)<br>LAWRENCE E. MITTEN (SBN 5428)<br>501 S. 8th Street<br>Las Vegas, NV 89101<br><br>Attorneys for *Plaintiffs* | BY: */s/ James Harper*<br>JAMES E. HARPER (SBN 9822)<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br><br>Attorney for *Counter-Defendant Krishan Lal* |

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: June 26, 2015

STIPULATION AND ORDER - 4

| 12/11/15 | 01/11/16 | Deadline for the Joint Pretrial Order |

IT IS SO STIPULATED this 24th day of June, 2015.

CARBAJAL & MCNUTT, LLP

BY: /s/ Matt Wolf
DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
625 South Eighth Street
Las Vegas, Nevada 89101

Attorneys for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints* and *Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints*

CRAIG P. KENNY & ASSOCIATES

BY: _____
LEON R. SYMANSKI (SBN 8686)
LAWRENCE E. MITTEN (SBN 5428)
501 S. 8th Street
Las Vegas, NV 89101

Attorneys for *Plaintiffs*

KOLESAR & LEATHAM

BY: _____
WILLIAM D. SCHULLER (SBN 11271)
RYAN S. PETERSEN, ESQ. (SBN 10715)
400 S. Rampart Blvd, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant *Marina Long*

HARPER LAW GROUP

BY: _____
JAMES E. HARPER (SBN 9822)
1935 Village Center Circle
Las Vegas, Nevada 89134

Attorney for *Counter-Defendant Krishan Lal*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

STIPULATION AND ORDER - 4