DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISHAN LAL, KULDIP KAUR, KANCHAN PAUL, and RANJANA PAUL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MARINA LONG, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-00658-JCM-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFFS KRISHAN LAL AND KULDIP KAUR'S CLAIMS FOR LOST WAGES** |

　　　　Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB") (COP and CPB are collectively the "Church Defendants"), through the law firm Carbajal & McNutt LLP, and Plaintiffs Krishan Lal and Kuldip Kaur, through the law firm Craig P. Kenny & Associates, and Defendant Marina

Long, through the law firm Kolesar & Leatham, hereby stipulate and agree as follows:

1. *Whereas*, to date, Plaintiffs Krishan Lal and Kuldip Kaur have been seeking damages in this action from the Church Defendants and Marina Long for past and future lost wages.

2. *Wherefore*, the Parties stipulate and agree that Plaintiffs Krishan Lal and Kuldip Kaur shall not seek damages from the Church Defendants and Marina Long for past and future lost wages. This Stipulation and Order does not prejudice or affect any other claims or categories of damages.

IT IS SO STIPULATED on October 29, 2015.

| CARBAJAL & MCNUTT, LLP | KOLESAR & LEATHAM | CRAIG P. KENNY & ASSOCIATES |
|---|---|---|
| /s/ Matt Wolf | /s/ William Schuller | /s/ Larry Mittin |
| DANIEL R. MCNUTT (SBN 7815) | WILLIAM D. SCHULLER (SBN 11271) | LEON R. SYMANSKI (SBN 8686) |
| MATTHEW C. WOLF (SBN 10801) | RYAN S. PETERSEN, ESQ. (SBN 10715) | LAWRENCE E. MITTIN (SBN 5428) |
| 625 South Eighth Street | 400 S. Rampart Blvd, Suite 400 | 501 S. 8th Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89145 | Las Vegas, NV 89101 |
| | | Attorneys for *Plaintiffs* |
| Attorneys for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints* | Attorneys for Defendant *Marina Long* | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 2, 2015