DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRISHAN LAL, KULDIP KAUR, KANCHAN PAUL, and RANJANA PAUL,<br><br>         Plaintiffs,<br><br>vs.<br><br>MARINA LONG, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>         Defendants. | Case No. 2:15-cv-00658-JCM-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY AND MOTION PRACTICE PENDING A PRIVATE MEDIATION BETWEEN THE PARTIES** |

Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB") (COP and CPB are collectively "The Church Defendants"), through the law firm Carbajal & McNutt LLP, Plaintiffs Krishan Lal, Kuldip Kaur, Kanchan Paul, and Ranjana Paul (collectively "Plaintiffs"), through the Law Office of

Julie A. Mersch and Craig P. Kenny & Associates, Counter-Defendant Krishan Lal, through the Harper Law Group, and Defendant Marina Long, through the law firm Kolesar & Leatham, hereby stipulate to stay discovery and motion practice, so as to afford adequate time for the Parties to prepare for and participate in a private mediation.

The Parties hereby stipulate and agree to the following terms:

1. The Parties shall participate in a private mediation in Las Vegas, Nevada (hereinafter, the "Mediation") in a good faith effort settle and resolve all claims in this litigation.

2. The Mediation shall be conducted by Gene Porter.

3. The Mediation shall occur no sooner than the middle of February 2016, subject to the availability of the Parties and their representatives.

4. The specific conditions and particulars of the private mediation have been agreed to by the parties and are not set forth herein.

5. To accommodate the Mediation, the Parties stipulate and agree to stay all existing discovery deadlines, ECF No. 37, and to refrain from filing any motions until March 1, 2016. Good cause exists for the entrance of this stay. The stay will maximize the chance of this case being resolved at the Mediation by (1) allowing the Parties to focus their attention upon the Mediation, and (2) minimizing the Parties' fees and costs prior to the Mediation.

6. On March 1, 2016, the Parties shall file a status report advising this Court whether a settlement agreement has been reached. If no settlement agreement has been reached, then on that date, the Parties also will submit a stipulation and proposed order to extend the existing discovery deadlines. (ECF No. 37.) Discovery deadlines that have already expired as of the date of this Stipulation and Order shall not be revived.

7. This request is made in good faith and not for purposes of delay.

IT IS SO STIPULATED on December 31, 2015.

| CARBAJAL & MCNUTT, LLP | KOLESAR & LEATHAM |
|---|---|
| /s/ Matt Wolf | /s/ William Schuller |
| DANIEL R. MCNUTT (SBN 7815) | WILLIAM D. SCHULLER (SBN 11271) |
| MATTHEW C. WOLF (SBN 10801) | RYAN S. PETERSEN, ESQ. (SBN 10715) |
| 625 South Eighth Street | 400 S. Rampart Blvd, Suite 400 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89145 |

Attorneys for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints* and *Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints*

Attorneys for Defendant *Marina Long*

| HARPER LAW GROUP | THE LAW OFFICE OF JULIE A. MERSCH |
|---|---|
| /s/ James Harper | /s/ Julie Mersch |
| JAMES E. HARPER (SBN 9822) | JULIE A. MERSCH (SBN 4695) |
| 1935 Village Center Circle | 701 S.7th Street |
| Las Vegas, Nevada 89134 | Las Vegas, NV 89101 |
| | Attorney for *Plaintiffs* |

Attorney for *Counter-Defendant Krishan Lal*

CRAIG P. KENNY & ASSOCIATES

/s/ Larry Mittin
LEON R. SYMANSKI (SBN 8686)
LAWRENCE E. MITTIN (SBN 5428)
501 S. 8th Street
Las Vegas, NV 89101

Attorneys for *Plaintiffs*

**IT IS SO ORDERED:**

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: January 4, 2016

STIPULATION AND ORDER - 3