|   |   |
|---|---|
| 1 | DANIEL R. MCNUTT (SBN 7815) |
|   | MATTHEW C. WOLF (SBN 10801) |
| 2 | CARBAJAL & MCNUTT, LLP |
|   | 625 South Eighth Street |
| 3 | Las Vegas, Nevada 89101 |
|   | Tel.: (702) 384-1170 / Fax.: (702) 384-5529 |
| 4 | drm@cmlawnv.com |
|   | mcw@cmlawnv.com |
| 5 |  |
|   | Attorney for Defendants *Corporation* |
| 6 | *of the President of The Church of Jesus* |
|   | *Christ of Latter-day Saints and* |
| 7 | *Corporation of the Presiding Bishop of* |
|   | *The Church of Jesus Christ* |
| 8 | *of Latter-day Saints* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KRISHAN LAL, KULDIP KAUR, KANCHAN PAUL, and RANJANA PAUL, | ) ) ) | Case No. 2:15-cv-00658-JCM-GWF |
|---|---|---|
| Plaintiffs, | ) ) ) | **JOINT STATUS REPORT CONCERNING THE DISCOVERY STAY AND MEDIATION DATE** |
| vs. | ) ) |  |
| MARINA LONG, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | ) ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) |  |

      Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB") (COP and CPB are collectively "The Church Defendants"), through the law firm Carbajal & McNutt LLP; Plaintiffs Krishan Lal, Kuldip Kaur, Kanchan Paul, and Ranjana Paul (collectively "Plaintiffs"), through the Law Office of

STATUS REPORT - 1

Julie A. Mersch and Craig P. Kenny & Associates; Counter-Defendant Krishan Lal, through the Harper Law Group; and Defendant Marina Long, through the law firm Kolesar & Leatham, hereby respectfully submit the following joint status report concerning the current stay of discovery [ECF No. 40 dated January 4, 2016] and the related mediation.

Pursuant to the Court's January 4th order, mediation was to take place approximately mid-February, and by March 1, 2016, the parties were to file either a status report advising of case settlement or a stipulation to extend remaining discovery deadlines. Due to the schedules of the parties, their counsel, and the mediator, the mediation is now set for March 4, 2016. The parties now stipulate and agree that if no settlement agreement is reached during the March 4th mediation, then by no later than March 11, 2016, the Parties will advise this Court of same and also will submit a stipulation and proposed order to extend the existing discovery deadlines. (ECF No. 37.) Discovery deadlines that have already expired shall not be revived.

This Joint Status Report does not otherwise alter, amend, or change the terms set forth in the Parties' Stipulation and Order to Stay Discovery and Motion Practice Pending a Private Mediation Between the Parties, ECF No. 40, Jan. 4, 2016.

DATED January 28, 2016.

| CARBAJAL & MCNUTT, LLP | KOLESAR & LEATHAM |
|---|---|
| /s/ Matt Wolf | /s/ William Schuller |
| DANIEL R. MCNUTT (SBN 7815) | WILLIAM D. SCHULLER (SBN 11271) |
| MATTHEW C. WOLF (SBN 10801) | RYAN S. PETERSEN, ESQ. (SBN 10715) |
| 625 South Eighth Street | 400 S. Rampart Blvd, Suite 400 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89145 |
| Attorneys for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints* and *Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints* | Attorneys for Defendant *Marina Long* |

| | | |
|---|---|---|
|1| HARPER LAW GROUP | THE LAW OFFICE OF JULIE A. MERSCH |
|2| | |
|3| /s/ James Harper | /s/ Julie Mersch |
| | JAMES E. HARPER (SBN 9822) | JULIE A. MERSCH (SBN 4695) |
|4| 1935 Village Center Circle | 701 S.7th Street |
|5| Las Vegas, Nevada 89134 | Las Vegas, NV 89101 |
| | | Attorney for *Plaintiffs* |
|6| Attorney for *Counter-Defendant Krishan Lal* | |

CRAIG P. KENNY & ASSOCIATES

/s/ Larry Mittin
LEON R. SYMANSKI (SBN 8686)
LAWRENCE E. MITTIN (SBN 5428)
501 S. 8th Street
Las Vegas, NV 89101

Attorneys for *Plaintiffs*

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: January 29, 2016

STATUS REPORT - 3