DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints* and *Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISHAN LAL, KULDIP KAUR, KANCHAN PAUL, and RANJANA PAUL,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARINA LONG, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:15-cv-00658-JCM-GWF<br><br>**NOTICE OF SETTLEMENT** |

///

///

# NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have settled the above-referenced litigation. The parties are currently in the process of finalizing a written settlement agreement. A stipulation of dismissal with prejudice will be forthcoming.

Dated March 8, 2016.                                    Dated March 8, 2016.

*/s/ Dan McNutt*                                        */s/ William Schuller*
Dan McNutt, Esq.                                        William Schuller, Esq.
Nevada Bar No. 7815                                     KOLESAR & LEATHAM
CARBAJAL & MCNUTT, LLP                                  Nevada Bar No. 11271
625 S. 8th Street                                       400 South Rampart Blvd., Suite 400
Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89145

*Attorneys for Defendants Corporation of the*           *Attorneys for Defendant Marina Long*
*President of The Church of Jesus  Christ of*
*Latter-day Saints and  Corporation of the*
*Presiding Bishop of  The Church of Jesus*
*Christ of Latter-day Saints*

Dated March 8, 2016.                                    Dated March 8, 2016.

*/s/ Julie Mersch*                                      */s/ James Harper*
Julie A. Mersch. Esq.                                   James E. Harper, Esq.
Nevada Bar No. 4695                                     Nevada Bar No. 9822
THE LAW OFFICE OF JULIE A. MERSCH                       HARPER LAW GROUP
701 S.7th Street                                        1935 Village Center Circle
Las Vegas, NV 89101                                     Las Vegas, Nevada 89134

*Attorney for Plaintiffs*                               *Attorney for Counter-Defendant Krishan Lal*