DANIEL R. MCNUTT
Nevada Bar No. 7815
MATTHEW C. WOLF
Nevada Bar No. 10801
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISHAN LAL, KULDIP KAUR, KANCHAN PAUL, and RANJANA PAUL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MARINA LONG, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-00658-JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE AND FOR THE PARTIES TO BEAR THEIR OWN FEES AND COSTS** |

　　　　Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB"), through the law firm Carbajal & McNutt LLP, Plaintiffs Krishan Lal, Kuldip Kaur, Kanchan Paul, and Ranjana Paul (collectively, "Plaintiffs"), through the law firm Craig P. Kenny & Associates and the Law Office of Julie A. Mersch, Defendant Marina Long, through the law firm

Kolesar & Leatham, and Plaintiff / Counter-Defendant Krishan Lal, through the Harper Law Group, hereby stipulate and agree that this Action shall be dismissed in its entirety with prejudice, with the parties bearing their own fees and costs.

    IT IS SO STIPULATED April 28, 2016.

| | |
|---|---|
| **CARBAJAL & MCNUTT, LLP** | **KOLESAR & LEATHAM** |
| */s/ Matt Wolf* <br> DANIEL R. MCNUTT (SBN 7815) <br> MATTHEW C. WOLF (SBN 10801) <br> 625 South Eighth Street <br> Las Vegas, Nevada 89101 | */s/ William Schuller* <br> WILLIAM D. SCHULLER (SBN 11271) <br> 400 S. Rampart Blvd, Suite 400 <br> Las Vegas, Nevada 89145 |
| Attorneys for Defendants *Corporation of the President of The Church of Jesus Christ of Latter-day Saints* and *Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints* | Attorneys for Defendant *Marina Long* |
| **CRAIG P. KENNY & ASSOCIATES** | **HARPER LAW GROUP** |
| */s/ Larry Mittin* <br> LEON R. SYMANSKI (SBN 8686) <br> LAWRENCE E. MITTIN (SBN 5428) <br> 501 S. 8th Street <br> Las Vegas, NV 89101 | */s/ James Harper* <br> JAMES E. HARPER (SBN 9822) <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 |
| Attorneys for *Plaintiffs* | Attorney for *Counter-Defendant Krishan Lal* |
| **THE LAW OFFICE OF JULIE A. MERSCH** | |
| */s/ Julie Mersch* <br> JULIE A. MERSCH (SBN 4695) <br> 701 S.7th Street <br> Las Vegas, NV 89101 | |
| Attorney for *Plaintiffs* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 2, 2016
_____